United States District Court
Southern District of Texas
**ENTERED**
July 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIO CHIRIBOGA, <br> JERRY HARVELL, and <br> ALL OTHERS SIMILARLY SITUATED <br><br> Plaintiffs, <br> v. <br><br> GSSD INVESTMENTS, LLC, and <br> SCOTT ALAN DARNELL <br><br> Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-CV-01798 |

### AGREED ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, as reflected by the signatures of their respective counsel below, have requested that the Court approve the agreement of the Parties constituting full and final settlement of the individual Plaintiffs' claims in this litigation for unpaid overtime, liquidated damages, and costs and attorney's fees arising under the Fair Labor Standards Act (FLSA), as well as Plaintiff Patricio Chiriboga's additional claims under Federal and State law brought herein.

The Parties have all been represented by experienced counsel, who have pursued their respective claims and defenses vigorously. The Parties are satisfied and the Court finds that the terms of their settlement are fair and reasonable of a bona fide dispute as to the amount of hours worked or compensation due under the FLSA, and the payments for the back overtime claimed by the Plaintiffs, liquidated damages, and payments for the costs of this action and Plaintiffs' attorneys' fees, represent full and complete compensation, and that the settlement was entered into freely by each party, with assistance of counsel, and the settlement does not frustrate the implementation of the FLSA.

42339032;1

Accordingly the Court hereby GRANTS the Parties' Agreed Motion to Approve FLSA Settlement and Dismiss This Matter With Prejudice as submitted.

Plaintiffs' claims are hereby dismissed with prejudice.

Each Party is responsible for their own costs, as set forth in the Parties' Motion to Approve FLSA Settlement and Dismiss This matter with Prejudice.

This Order is Final.

IT IS SO ORDERED

Date: _____JUL 1 9 2017_____

_____
The Honorable Alfred H. Bennett
United States District Judge

Respectfully Submitted and entry requested,

THE PARZIVAND LAW FIRM, PLLC

By: /s/ Hessam Parzivand
    **Hessam Parzivand**
    Southern District Bar No. 1129776
    State Bar No. 24071157
    10701 Corporate Drive, Suite 185
    Stafford, Texas 77477
    Telephone:  (713) 533-8171
    Facsimile:  (713) 533-8193
    E-mail:     hp@parzfirm.com

**ATTORNEY FOR PLAINTIFFS**

By: /s/ Edward Murphy
    **Edward Murphy**
    Texas Bar No. 14697500
    S.D. Tex. No.  5174
    Email: edward.murphy@akerman.com
    AKERMAN, LLP
    1300 Post Oak Blvd., Suite 2500
    Houston, Texas 77056
    Tel: (713) 623-0887
    Fax: (713) 960-1527

    **ATTORNEY-IN-CHARGE FOR DEFENDANTS GSSD INVESTMENTS, LLC, and SCOTT ALAN DARNELL**

OF COUNSEL:

AKERMAN, LLP
Benjamin A. Escobar, Jr.
Texas Bar No. 00787440
S.D. of Tex. No.: 26152
Email: benjamin.escobar@akerman.com
Sean Cichowski
Texas Bar No. 24062188
S.D. Tex. No. 1076539
Email: sean.cichowski@akerman.com
1300 Post Oak Blvd., Suite 2500

3

42339032;1

Houston, Texas 77056
Tel: (713) 623-0887
Fax: (713) 960-1527

## Certificate of Service

The undersigned hereby certifies that the foregoing instrument was served upon all counsel of record via the Court's CM/ECF E-filing system on July 18, 2017.

/s/ Sean M. Cichowski
Sean M. Cichowski

42339032;1